UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 1400 Eye Street, NW, Suite 450 Washington, DC 20005, <br><br>Plaintiff, <br><br>v. <br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Ave., SW, Washington, DC 20201, <br><br>Defendant. | Civil Action No.: 06-1835 (RMU) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov