IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant | Case No. 1:06-CV-01835 (RMU) |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Julia J. Yoo, Trial Attorney, Federal Programs Branch, Civil Division, U.S. Department of Justice, hereby enters her appearance in the above-captioned case as counsel for Defendant U.S. Department of Health and Human Services, in substitution for Alan Burch. All future filings, correspondence, or other communications applicable to Defendant in this case should be directed to Ms. Yoo, whose contact information is set forth below.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Director
D.C. Bar No. 418925
Federal Programs Branch

/s/ Julia J. Yoo

                                        JULIA J. YOO  
                                      Trial Attorney  
                                      D.C. Bar No. 486371  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
<u>Mailing Address</u>  
P.O. Box 883 Ben Franklin Station  
Washington, D.C. 20044  
<u>Delivery Address</u>  
20 Massachusetts Avenue, N.W., Room 7336  
Washington, D.C. 20001  
Telephone: (202) 514-3313  
Facsimile: (202) 318-2627  
julia.yoo@usdoj.gov  

Attorneys for Defendant

Dated: December 1, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 83.2(j)

I hereby certify, pursuant to Local Civil Rule 83.2(j), that I am personally familiar with the Local Rules of this Court.

/s/ Julia J. Yoo
Julia J. Yoo

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2006, I caused the foregoing Notice of Appearance and Substitution of Counsel, with Certificate of Compliance with Local Civil Rule 83.2(j), to be served on Plaintiff's counsel of record electronically by means of the Court's ECF system.

/s/ Julia J. Yoo
Julia J. Yoo