# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

   Plaintiff,

  v.           Civil Action No. 1:06-CV-1835 (RMU)

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

   Defendant.

## STIPULATION OF DISMISSAL

  The plaintiff, Citizens for Responsibility and Ethics in Washington, and the defendant, the Department of Health and Human Services, by and through their undersigned counsel, pursuant to Fed.R.Civ. P. 41(a)(1) and based on the defendant's representation that it has located no other documents responsive to plaintiff's FOIA request beyond that identified in prior correspondence between the parties, do hereby stipulate and agree that this action is DISMISSED with prejudice, with each party to bear its own costs, including attorney's fees.

  Dated this _____ day of _____, 2007, at Washington, D.C.

               _____
               RICHARD M. URBINA
               United States District Judge

SEEN AND AGREED:


_____
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Counsel for Plaintiff


_____
Julia J. Yoo
(D.C. Bar No. 486371)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20001
Telephone: (202)514-3313
Counsel for Defendant

2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing STIPULATION OF DISMISSAL was caused to be

served upon defendant's counsel on the 15th day of June, 2007, in accordance with the Court's

ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid,

addressed as follows:

Julia J. Yoo
(D.C. Bar No. 486371)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20001
Telephone: (202) 514-3313
Attorney for Defendant

Kimberly D. Perkins

3