UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

    Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civil Action No. 1:06-CV-1835 (RMU)

## STIPULATION OF DISMISSAL

The plaintiff, Citizens for Responsibility and Ethics in Washington, and the defendant, the Department of Health and Human Services, by and through their undersigned counsel, pursuant to Fed.R.Civ. P. 41(a)(1) and based on the defendant's representation that it has located no other documents responsive to plaintiff's FOIA request beyond that identified in prior correspondence between the parties, do hereby stipulate and agree that this action is DISMISSED with prejudice, with each party to bear its own costs, including attorney's fees.

Dated this 18th day of June, 2007, at Washington, D.C.

_____
RICHARD M. URBINA
United States District Judge

SEEN AND AGREED:

_/s/ Anne L. Weismann_
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 408-5565
Counsel for Plaintiff

_/s/ Julia J. Yoo_
Julia J. Yoo
(D.C. Bar No. 486371)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20001
Telephone: (202)514-3313
Counsel for Defendant